# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT

| | | |
|---|---|---|
| STACI SULLIVAN, | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| V. | ) | **CASE NO: CV2010-494** |
| | ) | |
| NELSON, WATSON & | ) | |
| ASSOCIATES, LLC | ) | |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 14th day of January, 2011, Defendant, Nelson, Watson & Associates, LLC, served upon all counsel to these proceedings a copy of the following via e-file:

1. Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production.

Respectfully submitted,


/s/ Neal D. Moore, III
Neal D. Moore, III
Amy E. Blankenship
*Attorneys for Defendant Nelson Watson & Associates, LLC*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier

## CERTIFICATE OF SERVICE

This is to certify that on this the 14th day of January, 2011, a copy of the forgoing document has been served upon counsel for all parties to this proceeding by the following method:

| | |
|---|---|
| _____ | mailing the same by first-class United States mail, properly addressed and postage pre-paid |
| _____ | hand delivery |
| _____ | via facsimile |
| ___X___ | E-File |

Kenneth J. Riemer
Underwood & Riemer, PC
P.O. Box 1206
Mobile, Alabama 36635

/s/ Neal D. Moore, III
OF COUNSEL

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT

STACI SULLIVAN,              )
                                    )
        PLAINTIFF,      )
                                    )
V.                           )    **CASE NO:  CV2010-494**
                                    )
**NELSON, WATSON &**      )
**ASSOCIATES, LLC**       )
                                    )
        DEFENDANT.   )
                                    )

## DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

COMES NOW the Defendant, Nelson, Watson & Associates, LLC, and responds to the Plaintiff's First Set of Interrogatories and Requests for Production of Documents as follows:

## INTERROGATORIES

1.    Identify the names, addresses, and telephone numbers of all persons who supplied information responsive to these interrogatories.

**RESPONSE:**

**Dan Kuzmitski**

**Nelson Watson & Associates, LLC**

**80 Merrimack St. Lower Level**

**Haverhill, MA 01830**

**Phone: (800) 388-1190**

2.    Identify each and every person whom you have reason to believe has knowledge of any of the facts, events, or matters that are alleged in the Complaint. For each person identified, describe and explain your understanding of the matters on which you believe the person has knowledge and state whether that person is a current employee of yours.

**OBJECTION:**    **Defendant objects to this request as overly broad and vague.**

**RESPONSE:**    **Without waiving said objections, the Defendant states:**

**Dan Kuzmitski and the employees of Nelson Watson who collected the account**

**Staci Sullivan**

**Stephen Sullivan**

**The representative of Mrs. Sullivan's employer involved in her alleged reprimand**

3.    Identify all correspondence or communication between you and any other person relating or referring to the facts, acts, events, or matters alleged in the Complaint.

**OBJECTION:**    **Defendant objects to this request as overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and vague. Further Defendant objects to the extent this request seeks information protected by the attorney-client privilege or work product doctrine.**

**RESPONSE: Without waiving said objection, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

4.    With respect to the Account, give the following information:

A.  Original creditor;

B.  Date on which the account was opened;

C.  Last date any payment was made on the account;

D. Identify all documents relating to the account.

**OBJECTION: Defendant objects to this request as overly broad and vague.**

**RESPONSE: Without waiving said objections, the original creditor was Capital One Services, LLC. The last payment was made on March 31, 2009. See account notes produced (NW 00001-4) and letters send to the Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

5.     Do you contend that Plaintiff owes a debt in connection with the Account? If your answer is "yes," state each and every fact that forms the basis for that contention and identify each and every document relating to such contention.

**OBJECTION: Defendant objects to this request on the ground that it is overly broad and vague.**

**RESPONSE: Without waiving said objection, Defendant relies on the information received from Capital One regarding the authenticity and validity of the debt. The information from Capital One is reflected in the letters and account notes produced.**

6.     Describe in detail each and every action you took in an attempt to collect a debt against Plaintiff.

**OBJECTION: Defendant objects to this request as overly broad, vague, and not reasonably calculated to lead to the discovery of admissible evidence.**

**RESPONSE: Subject to and without waiving said objections, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

7.     Describe in detail each and every action you took against anyone other than Plaintiff in an attempt to collect a debt relating to the Account.

**OBJECTION:** Defendant objects to this request as overly broad, vague, and not reasonably calculated to lead to the discovery of admissible evidence. If the Plaintiff will clarify this question, the Defendant will endeavor to answer it.

8.     Identify and list all correspondence or communication between you and any other person or entity relating or referring to the Account.

**OBJECTION:** Defendant objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Defendant also objects to this request to the extent it seeks information protected by attorney-client privilege or the work product doctrine.

**RESPONSE:** Without waiving said objections, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).

9.     Identify the entity from whom you obtained assignment of the Account, the date of the assignment and all documents and information provided to you by the assignee.

**OBJECTION:** Defendant objects to this request as overly broad, vague, and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request to the extent it seeks confidential, proprietary, and/or trade secret information.

**RESPONSE:** Without waiving said objections, this account was assigned by Capital One Services, LLC on November 13, 2009. Information about the account was provided by Capital One and is contained in the account notes.

10.    Describe in detail each and every action you took in an attempt to collect the alleged debt relating to the Account.  In your answer, give the dates of each correspondence mailed to Plaintiff and date of each collection call made.

**OBJECTION: Defendant objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.**

**RESPONSE: Without waiving said objection, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

11.    Identify, by jurisdiction and case number, each and every lawsuit filed within the last fifteen (15) years in which it was alleged that you violated the Fair Debt Collections Practices Act.  Your answer should include actions in which you were a defendant and, in the case of any counterclaim containing such allegations, actions in which you were a Plaintiff.

**OBJECTION:    Defendant objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Additionally, Defendant objects to this request as not reasonably limited temporally or geographically.  Defendant further objects to this request as it seeks information that is public record and thus equally accessible to Plaintiff as it is to Defendant.**

**RESPONSE: Without waiving said objections, Defendant has a list of all lawsuits since January 2009, which is produced in the format in which it is maintained by Nelson Watson.  See NW 00007-8.  Information on suits filed prior to January 2009 is not readily available at Nelson Watson.**

12.    Have you recorded any telephone communications between you and Staci Sullivan? If your answer is "yes," provide the following information:

     a. Date and time of each recorded conversation;

     b. The person(s) who spoke with Murray during the recorded conversation;

     c. Description of the format in which the recorded conversation is maintained.

**OBJECTION:** **Defendant objects to this request as overly broad, unduly burdensome, and vague. Defendant further objects on the basis that "Murray" is not a party to this case and has not been previously identified by the Plaintiff.**

**RESPONSE:** Without waiving said objections, yes. The date and time of each recorded conversation is reflected in the account notes produced. The calls are formatted on CDs.

DAN KUZMITSKI

STATE OF MASSACHUSETTS

ESSEX        COUNTY)

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that DANIEL KUZMITSKI whose name as Dir of Traning & Comp. of Nelson Watson & Associates, a corporation, is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he/she, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

SWORN TO AND SUBSCRIBED before me on this 14th day of JANUARY , 2011.

Lisa J. McGilli

Notary Public

My Commission Expires: 10/20/2017

[ SEAL ]

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      Each and every document involving or relating in any way to Plaintiff.

**OBJECTION: Defendant objects to this request as it is overly broad, unduly burdensome, vague, not reasonably calculated to lead to the discovery of admissible evidence. Further, Defendant objects to the extent this request seeks information protected by the attorney-client privilege or work product doctrine.**

**RESPONSE: Without waiving said objections, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

2.      All documents identified or referred to in response to the foregoing interrogatories.

**RESPONSE: See account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

3.      All documents relating in any way to the Account.

**OBJECTION: The Defendant objects to this request as overly broad and not reasonably calculated to lead to the discovery of admissible evidence, and vague. Further, this request is not reasonably limited in time or scope. Defendant also objects to the extent this request seeks information protected by attorney-client privilege or work product doctrine.**

**RESPONSE: Without waiving said objections, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

4.     All documents referred to in compiling the responses to the foregoing interrogatories.

**OBJECTION: Defendant objects to this request as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to the extent this request seeks information protected by the attorney-client privilege or work product doctrine.**

**RESPONSE: Without waiving said objections, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

5.     Each and every document involving communications or contacts between you and any other person or entity which in any way relates to Plaintiff or the Account.

**OBJECTION: Defendant objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Defendant also objects to the extent this request seeks confidential, proprietary, and/or trade secret information. Defendant further objects to the extent this request seeks information protected by the attorney-client privilege or work product doctrine.**

**RESPONSE: Without waiving said objections, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).**

6.     Any and all documents relating to any attempt by you or anyone acting on your behalf to collect sums you contend were owed to you by Plaintiff.

**OBJECTION: Defendant objects to this request as overly broad. Defendant also objects to the extent this request seeks confidential, proprietary, and/or trade secret**

information. Defendant further objects to the extent this request seeks information protected by the attorney-client privilege or work product doctrine.

RESPONSE: Without waiving said objections, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).

7.     Printouts of all of your computer screens showing any information which in any way relates to Plaintiff or the Account.

OBJECTION: Defendant objects to this request as overly broad. Defendant further objects to this request to the extent that it seeks confidential, proprietary, and/or trade secret information. Additionally, Defendant objects to the extent the information sought is protected by the attorney-client privilege or work product doctrine.

RESPONSE: Without waiving said objection, see account notes produced (NW 00001-4) and letters sent to Plaintiff on January 18, 2010 (NW 00005) and November 16, 2009 (NW 00006).

8.     Statements of the policies, practices or procedures regarding the collection of debts in effect within the last two years preceding the filing of this action.

OBJECTION: Defendant objects to this request as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this request to the extent that it seeks confidential, proprietary, and/or trade secret information.

RESPONSE: Notwithstanding the foregoing and without waiver of same, Defendant will produce its policies during the relevant time period pursuant to an appropriate protective order.

Respectfully submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
Amy E. Blankenship
*Attorneys for Defendant Nelson Watson &*
*Associates, LLC*

<u>OF COUNSEL:</u>
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier

## CERTIFICATE OF SERVICE

This is to certify that on this the 14th day of January, 2011, a copy of the forgoing document has been served upon counsel for all parties to this proceeding by the following method:

    _____      mailing the same by first-class United States mail, properly addressed and postage pre-paid

    _____      hand delivery

    _____      via facsimile

    \_\_\_\_X\_\_\_\_      E-File

Kenneth J. Riemer
Underwood & Riemer, PC
P.O. Box 1206
Mobile, Alabama  36635


/s/ Neal D. Moore, III
OF COUNSEL

{W0279933.1}

# Debtor Overview Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Sullivan, Staci | Client | Capital One Services LLC - CT | Assigned | $2,428.83 |
| Add | 6429 Pinehurst Run | Net | CORE TOP 20091113 | Balance | $2,612.78 |
| CSZ | Mobile, AL 366083855 | Type | CREDIT_CARD | Last Work | 11-24-2009 |
| Ssn | 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 | Branch | Nelson, Watson & Associates | LPC Date | 03-31-2009 |
| Acct | 454841230 | Agency | Nelson Watson Haverhill | LPC Amt | $50.00 |
| Agy Id | CAPT10219 | Desk | I140 Complaint Review | LPA Date | |
| DOA | Fri 11-06-2009 | Section | Restricted | LPA Amt | $0.00 |
| DOR | Fri 11-13-2009 | Status | On Notice | Canc Date | |
| Int | 0.00% | Phase | CENTRAL | Sent Date | |
| Rmk: | | | | | |

| Letter Name | Type | Date Sent | Who Sent Letter |
|---|---|---|---|
| Initial Dunn | 2 | 11/13/2009 | SOUCY |
| SPECIAL DISCOUNT OFFER | 11 | 01/15/2010 | FECTEAU |

| Employer Name | Last Name | First Name | MI | Phone |
|---|---|---|---|---|
| OROURKE ELEMENTARY | SULLIVAN | STACI | D | |
| SULLIVAN S M | | | | 2512595132 |
| STACI\|WITHERINGTON | | | | 3343437111 |
| STACI\|WITHERINGTON | | | | 3343432010 |
| STACI SULLIVAN | | | | |

| Note Date | Time | Last Name | Note Text |
|---|---|---|---|
| Fri Nov 13, 2009 | 09:06:49 | UTILITIES M | Debtor Credit Bureau Requested: 11/13/2009 09:06:36 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: SSN did not match SSA File |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Client input phone matched 1 File One Phone. |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: 2 File One Phones Appended. |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Deceased Indicator - N |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: BK Chapter 7 Disposition Indicator - D |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: BK Chapter 11 Disposition Indicator - N |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: BK Chapter 13 Disposition Indicator - N |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: SAT Judgements/Liens (12 mos) Indicator - N |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Derog Accts (Trade & Public Record) - 4 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Accts with 30 days past due in past 24 mos - 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Accts with 60 days past due in past 24 mos - 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Accts with 90 days past due in past 24 mos - 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Accts with 120 days past due in past 24 mos - 4 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Old Address : 6429 PINEHURST RUN MOBILE AL, 366083855 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Debtor address has changed with the experian best address. |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Accts in Collection Status 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Accts w/Paid Collection Status in 6 months 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Monthly Payment Amt (All - 12 Months) 1864 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Credit Amt - Mortgages (12 months) 189,770 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Balance Amt - 1st Mortgages (12 months) 183,671 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Credit Amt - H-Equity/2nd MTG (12 mos) 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Balance Amt - H-Equity/2nd MTG (12 mos) 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Found Home Ownership |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Balance Amt - Installment Loans (12 mos) 12,540 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Credit Amt - Revolving Trades (12 mos) 9,690 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Balance Amt - Revolving Trades (12 mos) 11,331 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: % of Credit Utilization - Revolving Trades (12 mos) 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: % of Credit Utilization - Bankcard (12 mos) 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Available Credit Amt - Bankcard 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Balance Amt - Auto Loans (12 mos) 0 |

NW 00001

# Debtor Overview Report

| Note Date | Time | LastName | NoteText |
|---|---|---|---|
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: % of Credit Utilization - Auto Loans (12 mos) 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Sum of Balance Amt - Auto Leases (12 mos) 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: % of Credit Utilization - Auto Leases (12 mos) 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Accounts opened in past 6 mos 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Revolving Accts opened in past 3 mos 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Installment Loans Opened in past 3 mos 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total Finance Accounts with Balance > 0 (12 mos) 0 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total credit inquiries logged in past 3 mos 00 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Process: Total credit inquiries logged in past 6 mos 00 |
| Fri Nov 13, 2009 | 09:07:48 | GOOLEY JO | Experian Found Possible Banko |
| Fri Nov 13, 2009 | 09:22:47 | SYSTEM TH | MOVED FROM 1100 TO NEWBIZ SINCE ACCT OPENED AFTER BANKO DISCHARGE DATE |
| Fri Nov 13, 2009 | 10:41:44 | SOUCY PA | Letter #2: Initial Dunn Sent to Sullivan, Staci 6429  PINEHURST RUN   MOBILE AL |
| Fri Nov 13, 2009 | 10:41:44 | SOUCY PA | 368063856 |
| Fri Nov 13, 2009 | 11:13:57 | AGNEW AM | Phoned: STACI SULLIVAN at Home dialed: 2512595132 |
| Fri Nov 13, 2009 | 11:13:59 | AGNEW AM | Left Message on Recorder |
| Fri Nov 13, 2009 | 11:18:48 | DIALER TH | Phoned: STACI SULLIVAN at Experian Phone dialed: 2513400159 |
| Fri Nov 13, 2009 | 11:18:48 | DIALER TH | Dialer Operator Intercept |
| Fri Nov 13, 2009 | 11:31:15 | VALLIERE S | Phoned: STACI SULLIVAN at Experian Phone dialed: 2515333030 |
| Fri Nov 13, 2009 | 11:31:18 | VALLIERE S | Left Message on Recorder |
| Mon Nov 16, 2009 | 18:12:38 | SYSTEM TH | ACOLLAID -- New Contact Phone: 2512595132 |
| Mon Nov 16, 2009 | 18:12:38 | SYSTEM TH | ACOLLAID -- New Contact Phone: 3343437111 |
| Mon Nov 16, 2009 | 18:12:38 | SYSTEM TH | ACOLLAID -- New Contact Phone: 3343432010 |
| Mon Nov 16, 2009 | 20:38:04 | PHOENIX CH | Phoned: STACI SULLIVAN at Home dialed: 2512595132 |
| Mon Nov 16, 2009 | 20:38:51 | PHOENIX CH | No Answer, No Message Left |
| Tue Nov 17, 2009 | 09:33:20 | LADD MI | Phoned: STACI SULLIVAN at Home dialed: 2512595132 |
| Tue Nov 17, 2009 | 09:34:33 | LADD MI | No Answer, No Message Left |
| Tue Nov 17, 2009 | 09:50:02 | DOYLE ME | Phoned: STACI SULLIVAN at Experian Phone dialed: 2515333030 |
| Tue Nov 17, 2009 | 09:50:05 | DOYLE ME | Left Message on Recorder |
| Tue Nov 17, 2009 | 09:50:05 | DOYLE ME | female voice on machine |
| Tue Nov 17, 2009 | 13:41:57 | LAPEY DA | Phoned: STACI SULLIVAN at Home dialed: 2512595132 |
| Tue Nov 17, 2009 | 13:42:02 | LAPEY DA | *** STACI SULLIVAN Debtor record changed by: dlapey |
| Tue Nov 17, 2009 | 13:42:04 | LAPEY DA | Left Message on Recorder |
| Wed Nov 18, 2009 | 17:52:50 | LADD MI | Phoned: STACI SULLIVAN at Home dialed: 2512595132 |
| Wed Nov 18, 2009 | 17:53:34 | LADD MI | No Answer, No Message Left |
| Wed Nov 18, 2009 | 20:21:49 | JOHNSON A | Phoned: STACI SULLIVAN at Experian Phone dialed: 2515333030 |
| Wed Nov 18, 2009 | 20:21:57 | JOHNSON A | Wrong Number |
| Thu Nov 19, 2009 | 09:13:11 | FRANGEDAI | Phoned: STACI SULLIVAN at Home dialed: 2512595132 |
| Thu Nov 19, 2009 | 09:13:12 | FRANGEDAI | Left Message on Recorder |
| Thu Nov 19, 2009 | 09:13:12 | FRANGEDAI | GOOGLE: REV POE: O'Rourke Elementary School 251-221-1585 |
| Thu Nov 19, 2009 | 09:15:37 | FRANGEDAI | Phoned: O'Rourke Elementary School at POE dialed: 2512211585 |
| Thu Nov 19, 2009 | 09:15:38 | FRANGEDAI | Left message to call |
| Thu Nov 19, 2009 | 09:28:16 | DIALER TH | Phoned: STACIWITHERINGTON at ACRNT At Work dialed: 3343432010 |
| Thu Nov 19, 2009 | 09:28:16 | DIALER TH | Dialer Operator Intercept |
| Fri Nov 20, 2009 | 10:33:21 | HANSON MI | Phoned: STACI SULLIVAN at Home dialed: 2512595132 |
| Fri Nov 20, 2009 | 10:33:35 | HANSON MI | No Answer, No Message Left |
| Fri Nov 20, 2009 | 10:38:04 | DIALER TH | Phoned: STACIWITHERINGTON at ACRNT At Work dialed: 3343437111 |
| Fri Nov 20, 2009 | 10:38:04 | DIALER TH | Dialer Operator Intercept |
| Fri Nov 20, 2009 | 15:55:56 | CAMPBELL , | Phoned: O'Rourke Elementary School at POE dialed: 2512211585 |
| Fri Nov 20, 2009 | 15:56:00 | CAMPBELL , | Left message to call |
| Fri Nov 20, 2009 | 16:47:22 | SYSTEM TH | Progressive Search Returned No New Numbers |
| Tue Nov 24, 2009 | 10:00:46 | DIALER TH | Dialer The New Inbound! ANI: 2515992806 |
| Tue Nov 24, 2009 | 10:02:25 | HANSON MI | Phoned: O'Rourke Elementary School at POE dialed: 2512211585 |
| Tue Nov 24, 2009 | 10:03:00 | HANSON MI | Left message to call |
| Tue Nov 24, 2009 | 10:31:49 | LAPEY DA | Phoned: STACI SULLIVAN at Home dialed: 2512595132 |
| Tue Nov 24, 2009 | 10:31:49 | LAPEY DA | privacy director > > > > > |
| Tue Nov 24, 2009 | 10:32:43 | LAPEY DA | No Answer, No Message Left |
| Tue Nov 24, 2009 | 10:43:26 | HANSON MI | Phoned: staci called in at Home dialed: 2515334287 |

## Debtor Overview Report

| NoteDate and Time | Last Name | NoteText |
|---|---|---|
| Tue Nov 24, 2009 10:43:25 | HANSON MI | Consumer Called Office, ID debt collector |
| Tue Nov 24, 2009 10:43:25 | HANSON MI | i advised of situation says is going through debt relief of lifeguard financial |
| Tue Nov 24, 2009 10:43:25 | HANSON MI | Result Code fired on: NOV 24 2009, initial Dunn letter previously sent. |
| Tue Nov 24, 2009 10:44:55 | HANSON MI | i advised bal is due says has been w them 5-9 months i advised nothing has been |
| Tue Nov 24, 2009 10:45:24 | HANSON MI | applied to bal since march asks me to contact spouse 251-599-2808 i okd eoc |
| Tue Nov 24, 2009 10:48:06 | HANSON MI | Phoned: stephen sullivan (spouse) at Cell Phone (Manually Dialed) dialed: 251599 |
| Tue Nov 24, 2009 10:48:06 | HANSON MI | Left Message on Recorder |
| Tue Nov 24, 2009 10:48:08 | HANSON MI | **request to move to c138 |
| Tue Nov 24, 2009 15:57:14 | KANAN DA | Transferred incoming call to Collector CID# |
| Tue Nov 24, 2009 18:12:00 | HANSON MI | Phoned: stephen sullivan (spouse) at Cell Phone (Manually Dialed) dialed: 251599 |
| Tue Nov 24, 2009 18:12:05 | HANSON MI | Spouse Called Office, ID debt collector |
| Tue Nov 24, 2009 18:12:05 | HANSON MI | says has hired this company and would like for me to spk w them i advised of sit |
| Tue Nov 24, 2009 18:12:05 | HANSON MI | Result Code fired on: NOV 24 2009, initial Dunn letter previously sent. |
| Tue Nov 24, 2009 18:12:49 | HANSON MI | sullon doesnt seem to be concerned that nothing has been done on the acent since |
| Tue Nov 24, 2009 18:13:17 | HANSON MI | may when they enrolled i okd advised will spk w them from here gv mm eoc |
| Tue Nov 24, 2009 18:13:41 | HANSON MI | Phoned: Lifeguard financial at POA dialed: 8663333860 |
| Tue Nov 24, 2009 18:13:45 | HANSON MI | TT POA, ID debt collector |
| Tue Nov 24, 2009 18:13:45 | HANSON MI | i advised of acent , he asks what sif is avail i advised at this time there isnt |
| Tue Nov 24, 2009 18:13:45 | HANSON MI | Result Code fired on: NOV 24 2009, initial Dunn letter previously sent. |
| Tue Nov 24, 2009 18:14:14 | HANSON MI | one says he would be in breach of there contract if he paid a bif advises if on |
| Tue Nov 24, 2009 18:14:58 | HANSON MI | s is persued they would be representing and in the event there was still no setl |
| Tue Nov 24, 2009 18:15:20 | HANSON MI | lement avail they would advise cns to file for banko i okd eoc |
| Wed Dec 09, 2009 09:21:56 | TARMY LI | CLIENT ADDED INTEREST ACCRUED: $18.15 ON 12-09-2009 |
| Fri Dec 18, 2009 11:00:36 | DUNN GR | CLIENT NOTE: INTEREST WAIVER OFFER LETTER SENT |
| Sat Jan 09, 2010 15:06:38 | DUNN GR | CLIENT UPDATED INTEREST ACCRUED: ADDED $18.76 ON 01-09-2010 |
| Fri Jan 15, 2010 16:31:45 | FECTEAU PA | SPECIAL DISCOUNT OFFER SENT    90% DUE BY 2/15/2010 |
| Mon Feb 01, 2010 12:19:31 | SYSTEM TH | ACCOUNT MOVED DUE TO BEING OUT OF AUDIT |
| Tue Feb 09, 2010 09:32:41 | TARMY LI | CLIENT UPDATED INTEREST ACCRUED: ADDED $18.76 ON 02-09-2010 |
| Tue Mar 09, 2010 09:39:10 | TARMY LI | CLIENT UPDATED INTEREST ACCRUED: ADDED $16.94 ON 03-09-2010 |
| Sun Mar 14, 2010 15:54:28 | DUNN GR | CLIENT NOTE: SEND SOFT RECALL |
| Sun Mar 14, 2010 15:56:25 | DUNN GR | *Keeper Requested (Automatically): Section Debt Relief is an automatic keeper* |
| Fri Apr 09, 2010 10:30:10 | DUNN GR | CLIENT UPDATED INTEREST ACCRUED: ADDED $18.76 ON 04-09-2010 |
| Sun Apr 18, 2010 22:33:11 | DUNN GR | CLIENT NOTE: SEND SOFT RECALL |
| Sun Apr 18, 2010 22:34:25 | DUNN GR | *Keeper Requested (Automatically): Section Debt Relief is an automatic keeper* |
| Sun May 09, 2010 22:49:08 | DUNN GR | CLIENT UPDATED INTEREST ACCRUED: ADDED $18.15 ON 05-09-2010 |
| Sun May 23, 2010 09:20:44 | DUNN GR | CLIENT NOTE: SEND SOFT RECALL |
| Sun May 23, 2010 09:26:56 | DUNN GR | *Keeper Requested (Automatically): Section Debt Relief is an automatic keeper* |
| Wed Jun 09, 2010 09:57:56 | TARMY LI | CLIENT UPDATED INTEREST ACCRUED: ADDED $18.76 ON 06-09-2010 |
| Mon Jun 28, 2010 11:06:12 | DUNN GR | CLIENT NOTE: SEND SOFT RECALL |
| Mon Jun 28, 2010 11:07:41 | DUNN GR | *Keeper Requested (Automatically): Section Debt Relief is an automatic keeper* |
| Fri Jul 09, 2010 09:57:33 | TARMY LI | CLIENT UPDATED INTEREST ACCRUED: ADDED $18.15 ON 07-09-2010 |
| Sun Aug 01, 2010 15:36:53 | DUNN GR | CLIENT NOTE: SEND SOFT RECALL |
| Sun Aug 01, 2010 15:41:00 | DUNN GR | *Keeper Requested (Automatically): Section Debt Relief is an automatic keeper* |
| Mon Aug 09, 2010 10:30:49 | TARMY LI | CLIENT UPDATED INTEREST ACCRUED: ADDED $18.76 ON 08-09-2010 |
| Sun Sep 05, 2010 10:10:48 | DUNN GR | CLIENT NOTE: SEND SOFT RECALL |
| Sun Sep 05, 2010 10:15:04 | DUNN GR | *Keeper Requested (Automatically): Section Debt Relief is an automatic keeper* |
| Thu Sep 09, 2010 09:19:39 | TARMY LI | CLIENT UPDATED INTEREST ACCRUED: ADDED $18.76 ON 09-09-2010 |
| Tue Sep 14, 2010 14:58:56 | AUDITOR01 | *** STACI SULLIVAN Debtor record changed by: auditor01 |
| Tue Sep 14, 2010 14:59:36 | AUDITOR01 | Phoned: Lifeguard financial at POA dialed: 8663333860 |
| Tue Sep 14, 2010 14:59:38 | AUDITOR01 | Phone number is restricted do not call |
| Tue Sep 14, 2010 14:59:38 | AUDITOR01 | ***PH NUMBER RESTRICTED DUE TO COMPLAINT RCV'D- PH NUMBER WAS NOT CALLED*** |

| Transaction | Amount | Date Paid | Date Post | Collector | Reference # |
|---|---|---|---|---|---|
| Assigned by Client | 2,428.63 | 11-13-2009 | 11-13-2009 | SYSTEM, THE | NewBiz |
| Interest Accrued | 183.95 | 12-09-2009 | 09-09-2010 | HOUSE, COLLECT | |

## Debtor Overview Report

| Whose Number | Number | Contacted | Attempted | Dials | Action | Result |
|---|---|---|---|---|---|---|
| Staci (called in) | 251-533-4287 | 11/24/2009 | 11/24/2009 | 1 | Cell Phone Sc | Received Call from Con |
| Staci Sullivan | 251-533-3099 | 01/01/1901 | 11/18/2009 | 3 | Cell Phone Sc | Wrong Number |
| Stsc[withsrington] | 334-343-7111 | 01/01/1901 | 11/19/2009 | 1 | Cell Phone Sc | Dialer Operator Intercep |
| Stsc[withsrington] | 334-313-8818 | 01/01/1901 | 11/19/2009 | 1 | Cell Phone Sc | Dialer Operator Intercep |
| Lifeguard Financial | 866-333-3800 | 11/24/2009 | 02/14/2010 | 2 | PCA | Number Restricted |
| Stephen Sullivan (spouse) | 251-509-2808 | 11/24/2009 | 11/24/2009 | 2 | Cell Phone IM | Received Call from Spo |
| Staci Sullivan | 251-269-5132 | 01/01/1901 | 11/24/2009 | 5 | Home | No Answer, No Message |
| O'rourke Elementary Schoc | 251-221-1885 | 01/01/1901 | 11/24/2009 | 1 | POE | LMTC |
| Staci Sullivan | 251-340-0185 | 01/01/1901 | 11/19/2009 | 1 | Experian Phoi | Dialer Operator Intercep |

NW 00004

||||| ||||| ||| ||||| ||| ||||| ||||| |||
PO Box 1299
Haverhill MA 01831
RETURN SERVICE REQUESTED

# Nelson, Watson & Associates, LLC

80 Merrimack Street Lower Level
Haverhill, MA 01830
Phone: (888) 350-8455 • Fax:(978) 469-9046

January 18, 2010

Creditor: Capital One Services LLC - CT
Acct #:     454841230
Balance Due: $2465.74

CAPT10219 - A110 - 4431
Staci D Sullivan
6429 Pinehurst Run
Mobile AL 36608-3855

Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill MA 01831-1799

---

*** Detach Upper Portion and Return with Payment ***

4431-NWAA2011-TYD0286497

Acct No.: 454841230
Creditor: Capital One Services LLC - CT

| | |
|---|---|
| Principal: | $2427.62 |
| Interest: | $38.12 |
| Total Balance: | $2465.74 |

---

The above referenced account has been placed with this office for collection. Remittance of the payment in full is hereby requested. However, Capital One Services LLC - CT has agreed to accept one single payment in the amount of $2219.17 as a settlement for less than the full balance owed on this account. FUNDS MUST BE RECEIVED IN MY OFFICE NO LATER THAN THE CLOSE OF BUSINESS FEB 15, 2010. If you are unable to accept this offer, please call our office for alternative payment plans.

We are not obligated to renew this offer. For your security, please make all payments payable to Nelson, Watson & Associates, LLC.

This communication is from a debt collector. This is an attempt to collect a debt. All information obtained will be used for that purpose.

Please call Monday through Thursday 8:30am to 9pm EST, Friday 8:30am to 5pm, or Saturday 9am to 1pm EST.

Sincerely,
Consumer Services Department

Please Note: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. Funds may be withdrawn from your account as soon as the same day we receive the check and you will not receive your check back from your financial institution.

IF YOU WISH TO PAY BY VISA OR MASTERCARD, (CIRCLE ONE) FILL IN THE INFORMATION
BELOW AND RETURN THE ENTIRE LETTER TO US IN THE ENCLOSED ENVELOPE.

  

| | $ | __/__ |
|---|---|---|
| Account Number | Payment Amount | Expire Date |

| | |
|---|---|
| Card Holder Name | Signature of Card Holder |

NW 00005

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
PO Box 1299
Haverhill MA 01831
RETURN SERVICE REQUESTED

# *Nelson, Watson & Associates, LLC*

80 Merrimack Street Lower Level
Haverhill, MA 01830
Phone: 888-269-8909 • Fax:(978) 469-9046

November 16, 2009

Creditor: Capital One Services LLC - CT
Acct #:       454841230
Balance Due as of 11/16/09: $2428.83

CAPT10219 - A20 - 2
Staci D Sullivan
6429 Pinehurst Run
Mobile AL  36608-3855
հահանահանհանահանահունարում

Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill MA 01831-1799
Ոհունահանահանահանահանահունարում

---

\*\*\* Detach Upper Portion and Return with Payment \*\*\*                    2-NW_A2002-TYCA234A00

Creditor: Capital One Services LLC - CT          Principal:          $2427.62
Acct No.: 454841230                              Interest:           $1.21
                                                 Total Balance as of 11/16/09: $2428.83

The above referenced account has been placed with this office for collection. Remittance of the payment in full is hereby requested.

To obtain your most current balance information, please call our office at 888-269-8909. For your security, please make all payments payable to Nelson, Watson & Associates, LLC.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please call Monday through Thursday 8:30am to 9pm EST, Friday 8:30am to 5pm, or Saturday 9am to 1pm EST.

**This communication is from a debt collector. This is an attempt to collect a debt. All information obtained will be used for that purpose.**

Sincerely,
Consumer Services Department

**Please Note**: When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. Funds may be withdrawn from your account as soon as the same day we receive the check and you will not receive your check back from your financial institution.

IF YOU WISH TO PAY BY VISA OR MASTERCARD, (CIRCLE ONE) FILL IN THE INFORMATION
BELOW AND RETURN THE ENTIRE LETTER TO US IN THE ENCLOSED ENVELOPE.

 

|                | $ _____ | ____/____ |
|----------------|--------------------|-----------|
| Account Number | Payment Amount     | Expire Date |

| Card Holder Name | Signature of Card Holder |
|------------------|--------------------------|

NW 00006

| DEBTOR | DATE NOTIFIED |
|---|---|
| Katalin Peter v. NWA | 1/8/2009 |
| Cristian Mejia v. NWA | 1/12/2009 |
| Lori Daugherty v. NWA | 1/14/2009 |
| Theresa Atkison v. NWA | 1/5/2009 |
| Larry Herring v. NWA | 1/28/2009 |
| Findanka Pentcheza v. NWA | 2/2/2009 |
| Edward Person v. NWA | 2/3/2009 |
| Pavel Mushinsky v. NWA | 2/20/2009 |
| Lindsey Grego v. NWA | 3/25/2009 |
| Gary Collins v. NWA | 4/13/2009 |
| Tiffany Cummings v. NWA | 5/6/2009 |
| Maria Sanchez v. NWA | 5/8/2009 |
| James Womack v. NWA | 6/1/2009 |
| Yerachmiel Hiller v. NWA | 7/20/2009 |
| Becca Maccanthail v. NWA | 7/31/2009 |
| Angela Bushdiecker v. NWA | 8/19/2009 |
| Dale Roof v. NWA | 8/26/2009 |
| Debra Rocco v. NWA | 9/11/2009 |
| Dennis Weible v. NWA | 10/6/2009 |
| Erica Adams v. NWA | 9/11/2009 |
| Athanasia Sgouris | 9/28/2009 |
| Elisa Spero v. NWA | 10/19/2009 |
| William Lawson v. NWA | 10/22/2009 |
| Joshua Kaplan v. NWA | 12/2/2009 |
| Helena Willis v. NWA | 12/1/2009 |
| Mike McDonald v. NWA | 10/26/2009 |
| Amir Goldstein v. NWA | 10/27/2009 |
| Janie Barthle v. NWA | 10/28/2009 |
| Richard Hall v. NWA | 11/5/2009 |
| Gail Porter v. NWA | 12/10/2009 |
| Amanda Daniel v. NWA | 12/3/2009 |
| Andrea Rodgers v. NWA | 12/18/2009 |
| Marco Rafala v. NWA | 12/11/2009 |
| Teresa Murray v. NWA | 12/10/2009 |
| Louis Goldman v. NWA | 1/13/2010 |
| Jeff Janicki v. NWA | 1/19/2010 |
| Shavia Underwood v. NWA | 2/1/2010 |
| Faustino Del Valle v. NWA | 1/21/2010 |
| Matt Jenkins v. NWA | 1/26/2010 |
| Beverly Lynch v. NWA | 2/5/2010 |
| Jesse Doshay v. NWA | 2/8/2010 |
| John Maggi v. NWA | 5/28/2010 |
| George and Debbie Wood v. NWA | 2/12/2010 |
| Shelley Strickland v. NWA | 3/9/2010 |
| Leonard Friedman v. NWA | 2/19/2010 |

NW 00007

| | |
|---|---|
| Rachel Kiefer v. NWA | 2/23/2010 |
| Mindi McMains v. NWA | 3/19/2010 |
| Pamela Pinchbeck v. NWA | 3/16/2010 |
| Joanne Balbarin v. NWA | 3/25/2010 |
| Matthew Seibel v. NWA | 4/1/2010 |
| Tara Mitchell v. NWA | 4/9/2010 |
| Sandra Fillichio v. NWA | 4/21/2010 |
| Bruce Lehman v. NWA | 5/17/2010 |
| Jacqueline McNeill v. NWA | 5/3/2010 |
| Sandra Culbreth v. NWA | 4/26/2010 |
| Dragana Zugay v. NWA | 4/30/2010 |
| Rachel Stevens v. NWA | 5/17/2010 |
| Bessie Martinear v. NWA | 6/11/2010 |
| Katheryn Bailey v. NWA | 7/13/2010 |
| Claudia Bargiel v. NWA | 7/15/2010 |
| Barbara Bisig v. NWA | 7/20/2010 |
| Penny Boots v. NWA | 8/5/2010 |
| Della Johnson v. NWA | 9/7/2010 |
| Amaury Alonso v. NWA | 9/7/2010 |
| Miranda Cortez v. NWA | 9/9/2010 |
| Staci Sullivan v. NWA | 9/16/2010 |
| Janet Mandato v. NWA | 9/20/2010 |
| Omar Lado v. NWA | 9/28/2010 |
| Darrell Boyer v. NWA | 10/20/2010 |
| Colleen Pitner v. NWA | 10/25/2010 |
| Raynera Mrotek v. NWA | 11/2/2010 |
| Michael Samuels v. NWA | 11/19/2010 |
| Alicia Hamlin v. NWA | 12/9/2010 |
| Alberta Javosky v. NWA | 12/28/2010 |
| Kenneth Peters v. NWA | 12/28/2010 |